**Mamdouh M. HUSSEIN, Plaintiff–Appellant,**

v.

**The PIERRE HOTEL, The New York Palace Hotel, Hotel and Restaurant and Club Employees and Bartenders Local # 6 and Peter Ward, Business Manager of Local # 6, Defendants–Appellees.**

No. 01–7673.

United States Court of Appeals, Second Circuit.

Feb. 7, 2002.

Mamdouh M. Hussein, Jersey City, NJ, for Plaintiff–Appellant.

Judith A. Stoll, Esq., Kane Kessler, New York, NY, for Defendant–Appellee.

Present FEINBERG, KATZMANN, Circuit Judges, and GLEESON,[1] District Judge.

## SUMMARY ORDER

UPON CONSIDERATION, IT IS HEREBY ORDERED that the judgment of the District Court is AFFIRMED, substantially for the reasons stated in the District Court's Memorandum Decision dated April 20, 2001 granting appellee's motion for summary judgment.

We have considered all of appellant's contentions on this appeal. The judgment of the District Court is affirmed.